U.S. Judge Benjamin H. Settle
U.S. Magistrate Judge J. Richard Creatura

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON – TACOMA

| | |
|---|---|
| KIMBERLEY THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C09-5799BHS<br><br>ORDER TO EXTEND TIME TO SUBMIT OPENING BRIEF AND AMEND SCHEDULING ORDER |

IT IS HEREBY ORDERED that the Scheduling Order entered April 8, 2010 is amended, as follows:

**Plaintiff's Opening Brief is due:**       **June 7, 2010.**

**Defendant's Responsive Brief is due:**       **July 5, 2010.**

**Plaintiff's Reply Brief is due:**       **July 19, 2010.**

**Oral Argument requested by:**       **July 26, 2010**

IT IS SO ORDERED this 7th day of May, 2010.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER TO EXTEND TIME AND AMEND SCHEDULING ORDER-1